UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELMAR JEWELL DIXON, JR., | 1:19-CV-01326-GSA PC |
| Plaintiff, | **ORDER TRANSFERRING CASE** |
| vs. | |
| JOE LIZARRAGA, et al., | |
| Defendants. | |

Delmar Jewell Dixon, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on September 23, 2019. (ECF No. 1.) Plaintiff has not paid the $400.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g).

It is apparent from a reading of Plaintiff's allegations in the Complaint that the center of gravity of this case is in the Sacramento Division of the Eastern District of California, and any relationship with the Fresno Division is minimal. Plaintiff is presently incarcerated at California Correctional Institution (CCI) in Tehachapi, California, which is located in the Fresno Division. However, the majority of the events at issue in the Complaint occurred at Mule Creek State Prison (MCSP) in Ione, California, when Plaintiff was incarcerated there. MCSP is located in Amador County, which is part of the Sacramento Division. All except two

of the ten individual named defendants reside in the Sacramento Division.[1]  For these reasons, this case should be transferred to the Sacramento Division of the Eastern Division of California.  Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper court.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. This case is transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and
2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:  **September 26, 2019**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff names as defendants Joe Lizarraga (Warden, MCSP), Daniel Navarro (Investigative Service Unit Officer, MCSP), Sergeant S. Palomares (MCSP), Captain C. Heintschel (MCSP), D. Stephens (Correctional Counselor, MCSP), C. McCarthy (Correctional Counselor, MCSP), K. Staley (Investigative Service Unit Officer, MCSP), R. Briggs (Appeals Examiner, CDCR), Lieutenant D. Crounse (CCI), and L. Lundy (Associate Warden, CCI).